UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VANCE TRAHAN | CIVIL ACTION |
| VERSUS | NO:     09-6830 |
| CROWN DRILLING, INC., ET AL. | SECTION: "S" (4) |

## O R D E R

The Court, having considered the motion, response, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Plaintiff, Vance Trahan, is awarded $55,962.00 in lost wages, $8,470.00 in attorneys' fees, and $35,568.00 for emotional damages for a total recovery of **$100,000.00** from the Defendant, Keith Ebarb.

New Orleans, Louisiana, this ___1st___ day of _____August_____, 2011

UNITED STATES DISTRICT JUDGE